UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNI ALFRED MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>TRACY JOHNSON,<br><br>        Defendant. | No. 2:23-cv-0204 AC P<br><br><br><br>ORDER |

On February 2, 2023, the court received what appeared to be the first page of a § 1983 complaint and a motion for appointment of counsel. ECF Nos. 1, 2. Plaintiff was accordingly ordered to submit a complaint and motion for leave to proceed in forma pauperis. ECF No. 4. Plaintiff has now responded that the documents were meant to be filed in Moore v. Hill, No. 2:22-cv-0758 KJM AC P, and requests that this case be closed. ECF No. 5. The request to close this case will be granted. However, the Clerk of the Court will not be directed to file the motion for counsel in plaintiff's other case because the docket in that case reflects that he has already resubmitted the motion. See Moore v. Hill, ECF No. 9. Plaintiff is advised that in order to avoid future mis-filings, any filings intended for Moore v. Hill, No. 2:22-cv-0758 KJM AC P, must include the case name and number in the caption so that the Clerk's Office knows in which case it should be filed.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's notice (ECF No. 5) is construed as a motion to close this case is GRANTED; and

2. The Clerk of the Court is directed to close this case as opened in error.

DATED: March 8, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE